

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00735-CR

Gilbert Javier **ROMO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 414175
Honorable Wayne A. Christian, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed: November 13. 2013

DISMISSED; MOTION TO DISMISS GRANTED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is

dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish